**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 160 MM 2020

Respondent                :

v.                        :

LEVAR LEE SPENCE,           :

Petitioner                :

## ORDER

**PER CURIAM**

 **AND NOW**, this 30th day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.